

# Fourth Court of Appeals
## San Antonio, Texas

September 19, 2014

No. 04-13-00859-CV

Leonard K. **HOSKINS**,
Appellant

v.

Colonel Clifton **HOSKINS** and Hoskins Inc.,
Appellees

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-03136
Honorable Peter A. Sakai, Judge Presiding

# O R D E R

   The Appellant's Unopposed Motion for Leave to Supplement Oral Argument including Additional Citations is GRANTED.

Entered on this 19th day of September, 2014.

**PER CURIAM**

ATTESTED TO: _____
     Keith E. Hottle
     Clerk of Court